FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 NOV 19 AM 10: 57
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TERRY ERIC JOHNSON, )
)
    Plaintiff, )
)
v. ) CASE NO. CV412-258
)
MICHAEL L. KARPF, ROBERT W. )
ATTRIDGE, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this __19th__ day of November 2012.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA